865 F.2d 252
 Posner (Joel D., M.D.), Pulmonary Medical Services, P.C.
v.
Lankenau Hospital, Medical Staff of Lankenau Hospital, Manko
(Michael A.), Cooper (Joseph), Anderson (Margaret), Figueroa
(William G.), Jones (Robert K.), Noone (R. Barrett),
Chasteney (Edward A., 3rd), Sigler (Miles H.), Pauletto
(Ferrel F.), Wood (Howard P.), Webster (Gordon W.)
 NO. 88-1517
 United States Court of Appeals,
Third Circuit.
 NOV 18, 1988
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 AFFIRMED.